IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03CV285-03-MU

| | |
|---|---|
| JONATHON B. MALLWITZ, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **O R D E R**<br>) |
| Lt. EDDIE LANCE; BONNIE STEVENSON; JONATHAN (CHRIS) McCALL. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

THE PRESIDENT OF THE UNITED STATES

To:   North Carolina Department of Corrections, Raleigh, N.C.

To:   Chief Executive Officer
      Avery Mitchell Correctional Institution
      P.O. Box 608
      Spruce Pine, N.C. 28777

CC:   U.S. Marshal, Western District of North Carolina

Greetings:

**IT IS HEREBY ORDERED** that the Order dated August 26, 2005 directing that the body of JONATHON B. MALLWITZ (inmate # 0254317), date of birth, July 13, 1965, being held in custody at Avery Mitchell Correctional Institution, be brought before the Honorable Graham C. Mullen, Chief Judge of the United States District Court in and for the Western District of North Carolina, for trial on November 14, 2005 is **CANCELLED**.

The trial in that case is now scheduled to begin on Monday March 6, 2006 at the second floor courtroom of the U.S. Courthouse in the City of Charlotte, North Carolina. Therefore, **It IS**

**HEREBY ORDERED** that you have the body of JONATHON B. MALLWITZ (inmate #0256317), date of birth July 13, 1965, being held in custody at Avery Mitchell Correctional Institution, under safe and secure conduct before the Honorable Graham C. Mullen. United States District Judge of the United States District Court in and for the Western District of North Carolina, at the second floor courtroom of the United States Courthouse in the City of Charlotte, North Carolina, **FORTHWITH** (on or before Monday, March 6, 2006 at 9:30) there to appear to give testimony in the trial of the above captioned matter, and thereafter any such proceedings scheduled for the above captioned matter then pending before the Court.

**IT IS FURTHER ORDERED** that immediately after said case shall have been disposed of, **JONATHON B. MALLWITZ** be returned to Avery Mitchell Correctional Institution, under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable Graham C. Mullen, Chief United States District Judge for the Western District of North Carolina at Charlotte, North Carolina, and the **SEAL** of this Court.

**SO ORDERED**.

**Signed: November 9, 2005**

Graham C. Mullen
Chief United States District Judge