IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:03CV285-03-MU**

|  |  |  |
|---|---|---|
| JONATHAN B. MALLWITZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Lt. EDDIE LANCE; BONNIE STEVENSON; JONATHAN (CHRIS) McCALL, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion. The above captioned case is moved from the March 6, 2006 term of Court and set for the **March 13, 2006 term of Court in Charlotte**.

IT IS SO ORDERED.

Signed: February 6, 2006

Graham C. Mullen
United States District Judge