IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03CV285-03-MU

| | |
|---|---|
| JONATHON B. MALLWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Lt. EDDIE LANCE; BONNIE ) <br> STEVENSON; JONATHAN (CHRIS) ) <br> McCALL. ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

THIS MATTER is before the Court on its own motion. Counsel for the parties have advised this Court that the case will not be ready to proceed to trial on June 5, 2006. Therefore the above captioned case has been removed from the June 5, 2006 trial calendar. The parties are directed to discuss settlement and advise the Court of those efforts on or before July 14, 2006. In the event the parties are unable to settle the case, parties are directed to advise the Court of when the case will be ready for trial.

**SO ORDERED**. 

Signed: May 18, 2006

Graham C. Mullen
United States District Judge