IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03CV285-03-MU

| | |
|---|---|
| JONATHON B. MALLWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Lt. EDDIE LANCE; BONNIE ) <br> STEVENSON; JONATHAN (CHRIS) ) <br> McCALL. ) <br> ) <br> Defendants. ) <br> _____) | **O R D E R** |

THE PRESIDENT OF THE UNITED STATES

To: North Carolina Department of Corrections, Raleigh, N.C.

To: Chief Executive Officer
Alexander Correctional Institution
P.O. Box 608
Spruce Pine, N.C. 28777

CC: U.S. Marshal, Western District of North Carolina

Greetings:

**IT IS HEREBY ORDERED** that the Order dated March 1, 2006 directing that the body of JONATHON B. MALLWITZ (inmate # 0254317), date of birth, July 13, 1965, being held in custody at Alexander Correctional Institution, be brought before the Honorable Graham C. Mullen, Chief Judge of the United States District Court in and for the Western District of North Carolina, for trial on June 5, 2006 is **CANCELLED**.

**WITNESS** the Honorable Graham C. Mullen, Chief United States District Judge for the Western District of North Carolina at Charlotte, North Carolina, and the **SEAL** of this Court.

**SO ORDERED**.

Signed: May 18, 2006

Graham C. Mullen
United States District Judge