IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:03CV285-03-MU**

| | | |
|---|---|---|
| JONATHAN B. MALLWITZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Lt. EDDIE LANCE; BONNIE | ) | |
| STEVENSON; JONATHAN (CHRIS) | ) | |
| McCALL, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on its own motion. Because of a clerical error, a notice was sent setting the trial of this matter for March 7, 2007. The correct date for this trial is the March 5, 2007, term of Court in Charlotte, at 10:00 a.m.

IT IS THEREFORE ORDERED that this trial be set for **March 5, 2007 in Charlotte.**

IT IS SO ORDERED.

Signed: October 23, 2006

Graham C. Mullen
United States District Judge